4. STREET RAILWAYS, § 152*—*verdict not disturbed unless against weight of evidence.* Negligence and contributory negligence in a street railway accident case are primarily questions of fact, and the verdict of the jury thereon will not be disturbed unless clearly and manifestly against the weight of the evidence.

---

## Margaret A. Pottinger, Defendant in Error, v. Gottlieb Erhardt, Plaintiff in Error.

### Gen. No. 18,167.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed November 3, 1913.

### Statement of the Case.

Action by Margaret A. Pottinger against Gottlieb Erhardt for rent under a lease. From a judgment by confession in favor of plaintiff, defendant brings error.

LOUIS ZIV, for plaintiff in error.

WILLIAM E. CLOYES, for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

1. FRAUDS, STATUTE OF, § 77*—*sufficient if lease is signed by lessee only.* In an action for rent a lease signed by the lessee, which does not appear to have been signed by the lessor, is not within the statute of frauds, requiring instruments relating to a term of more than one year to be signed by the party to be charged.

2. JUDGMENTS, § 61*—*when judgment by confession will not be vacated.* Where a lessee petitions to vacate a judgment by confession for rent on the ground that the lease signed by the lessee was not signed by the lessor and was within the statute of frauds, such defense is of no avail where the lessee had taken possession under the lease.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.